```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                       Case No. 19-00248-HWV
Dean F. Altland                                              Chapter 7
Diane L. Altland
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CourtneyW          Page 1 of 1          Date Rcvd: Nov 07, 2019
                              Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.
db/jdb         +Dean F. Altland,    Diane L. Altland,    101 Harbold Altland Road,    Wellsville, PA 17365-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
       pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
      Sean Patrick Quinlan    on behalf of Debtor 2 Diane L. Altland spqesq@hotmail.com,
       lesliebrown.paralegal@gmail.com
      Sean Patrick Quinlan    on behalf of Debtor 1 Dean F. Altland spqesq@hotmail.com,
       lesliebrown.paralegal@gmail.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dean F. Altland, **Debtor 1** | Chapter 7 |
| Diane L. Altland, **Debtor 2** | Case No. 1:19−bk−00248−HWV |

Social Security No.:
xxx−xx−6928    xxx−xx−9833

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 7, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)